VENABLE LLP
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
Mindgeek USA Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INC. and MINDGEEK S.A.R.L.,<br><br>Defendants. | CASE NO. 2:17-cv-08906-DOC-JPRx<br><br>Hon. David O. Carter<br>Courtroom 9D<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed:   December 11, 2017<br>Trial Date:       None set<br><br>Complaint Served: December 12, 2017<br>Current Response Date: January 2, 2018<br>New Response Date: February 1, 2018 |

WHEREAS, Preservation Technologies LLC ("Preservation" or "Plaintiff") filed a complaint in this action against Mindgeek USA Inc., and Mindgeek S.A.R.L. on December 11, 2017;

1  WHEREAS, Plaintiff served the summons and complaint on Mindgeek
2  USA, Inc. on December 12, 2017;
3  WHEREAS, Mindgeek USA, Inc. is required to serve its answer and/or
4  respond to Plaintiff's complaint by January 2, 2018;
5  WHEREAS, Mindgeek USA, Inc. requested and Plaintiff agreed to a thirty-
6  day extension in light of issues raised by the complaint;
7  WHEREAS, this is the first request to extend time to respond to the initial
8  complaint;
9  WHEREAS, Local Rule 8-3 states that "[i]f the stipulation . . . does not
10 extend the time [to respond to the initial complaint] for more than a cumulative
11 total of thirty (30) days from the date the response initially would have been due,
12 the stipulation need not be approved by the judge," but shall be filed with the
13 Clerk;
14 NOW, THEREFORE, by and through their respective counsel of record, the
15 Parties hereby stipulate and agree, that Mindgeek USA, Inc.'s answer and/or
16 response to Plaintiff's complaint in this action shall be due on February 1, 2018.
17 **IT IS SO STIPULATED.**

Dated:  December 22, 2017

VENABLE LLP

By:  /s/ Tamany Vinson Bentz
Tamany Vinson Bentz
Attorneys for Defendant
Mindgeek USA Inc.

Dated:  December 22, 2017

STRADLING YOCCA CARLSON & RAUTH, P.C.

By:  /s/ Douglas Q. Hahn
Douglas Q. Hahn
Salil Bali
Attorneys for Plaintiff
Preservation Technologies LLC

## SIGNATURE CERTIFICATION

I am the ECF User whose identification and password are being used to file the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.

Dated:  December 22, 2017

VENABLE LLP

By:  /s/ Tamany Vinson Bentz
Tamany Vinson Bentz
Attorneys for Defendants
Mindgeek USA Inc.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900