# APPENDIX A

Some claims embodying the inventive distributed architecture include by way of example only and without limitation:

'014 patent: claims 15-20;

'080 patent: claims 2-6;

'499 patent: claims 3, 6, 7.

# APPENDIX B

Some claims that reflect the structure of the claimed catalogue including the three storage dimensions and interconnections include by way of example only and without limitation:

'014 patent: claims 15-31;

'499 patent: claims 4, 5, 8, 9, 13, 17;

'495 patent: claims 10, 13, 22, 26, 28, 29;

'060 patent: claims 7-9, 13-17;

'911 patent: claims 14-16;

'638 patent: claim 19;

'537 patent: claims 34, 35;

'527 patent: claim 7; and

'831 patent: claim 3-7.

# APPENDIX C

Some claims directed to the catalogue structure implemented using pointers include by way of example only and without limitation:

'014 patent: claims 8, 16, 25, 28;

'495 patent: claims 1, 6, 20, 22, 29;

'527 patent: claims 7, 8;

'831 patent: claims 7, 10;

'911 patent: claims 14, 19, 19; and

'499 patent: claims 4, 13, 16.

# APPENDIX D

Some claims directed to relationships involving segment containers include by way of example only and without limitation:

'014 patent: claims 4, 10, 11, 24, 30;

'060 patent: claim 13;

'638 patent: claims 5, 6;

'831 patent: claim 10; and

'537 patent: claims 36, 37, 38, 39.

# APPENDIX E

Some claims directed to features relating to use of the phrase data structure to identify portions of multimedia data include by way of example only and without limitation:

'014 patent: claims 4, 10, 13, 14, 21, 33, 34;

'495 patent: claims 7, 13, 14, 28, 29

'499 patent: claims 13, 16;

'638 patent: claims 8, 9, 17, 27;

'831 patent: claims 7, 10;

'911 patent: claims 15, 21, 22; and

'537 patent: claims 34, 35.

**APPENDIX F**

Some claims directed to features of using the "segment element" to store search results include by way of example only and without limitation:

'014 patent: claims 2-4, 10, 21-25; and

'060 patent: claims 13, 17.

**APPENDIX G**

Some claims directed to the keyword association between catalogue elements features include by way of example only and without limitation:

'014 patent: claims 4, 10, 11, 24;

'060 patent: claim 13; and

'638 patent: claims 5, 6.

# APPENDIX H

Some claims directed to the video caching features include by way of example only and without limitation:

'499 patent: claims 8-10;

'831 patent: claim 6;

'014 patent: claims 14, 33, 34;

'499 patent: claims 8, 10-18; and

'831 patent: claims 6-8.