1

**APPENDIX A**

2 Some claims embodying the inventive distributed architecture include by way of

3 example only and without limitation:

4      '014 patent: claims 15-20;

5      '080 patent: claims 2-6;

6      '499 patent: claims 3, 6, 7.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX B**

Some claims that reflect the structure of the claimed catalogue including the three storage dimensions and interconnections include by way of example only and without limitation:

'014 patent: claims 15-31;

'499 patent: claims 4, 5, 8, 9, 13, 17;

'495 patent: claims 10, 13, 22, 26, 28, 29;

'060 patent: claims 7-9, 13-17;

'911 patent: claims 14-16;

'638 patent: claim 19;

'537 patent: claims 34, 35;

'527 patent: claim 7; and

'831 patent: claim 3-7.

**APPENDIX C**

Some claims directed to the catalogue structure implemented using pointers include by way of example only and without limitation:

'014 patent: claims 8, 16, 25, 28;

'495 patent: claims 1, 6, 20, 22, 29;

'527 patent: claims 7, 8;

'831 patent: claims 7, 10;

'911 patent: claims 14, 19, 19; and

'499 patent: claims 4, 13, 16.

1

**APPENDIX D**

2   Some claims directed to relationships involving segment containers include by

3   way of example only and without limitation:

4          '014 patent: claims 4, 10, 11, 24, 30;

5          '060 patent: claim 13;

6          '638 patent: claims 5, 6;

7          '831 patent: claim 10; and

8          '537 patent: claims 36, 37, 38, 39.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX E**

Some claims directed to features relating to use of the phrase data structure to identify portions of multimedia data include by way of example only and without limitation:

     '014 patent: claims 4, 10, 13, 14, 21, 33, 34;

     '495 patent: claims 7, 13, 14, 28, 29

     '499 patent: claims 13, 16;

     '638 patent: claims 8, 9, 17, 27;

     '831 patent: claims 7, 10;

     '911 patent: claims 15, 21, 22; and

     '537 patent: claims 34, 35.

1

**APPENDIX F**

2   Some claims directed to features of using the "segment element" to store search

3   results include by way of example only and without limitation:

4          '014 patent: claims 2-4, 10, 21-25; and

5          '060 patent: claims 13, 17.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX G**

Some claims directed to the keyword association between catalogue elements

features include by way of example only and without limitation:

      '014 patent: claims 4, 10, 11, 24;

      '060 patent: claim 13; and

      '638 patent: claims 5, 6.

**APPENDIX H**

Some claims directed to the video caching features include by way of example only and without limitation:

      '499 patent: claims 8-10;

      '831patent: claim 6;

      '014 patent: claims 14, 33, 34;

      '499 patent: claims 8, 10-18; and

      '831 patent: claims 6-8.