Sarah S. Brooks California Bar No. 266292
   ssbrooks@venable.com
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel. (310) 229-9900 | Fax (310) 229-9901

Frank M Gasparo (Admitted P*ro Hac Vice*)
   fmgasparo@venable.com
Todd M. Nosher (Admitted P*ro Hac Vice*)
   tmnosher@venable.com
Venable LLP
1270 Avenue of the Americas, 23rd Floor
New York, NY 10020
Tel. 212-370-6273 | Fax 212-307-5598

Attorneys for Defendants MindGeek USA Inc., et al.

Douglas Q. Hahn, California Bar No. 257559
   dhahn@sycr.com
Salil Bali, State Bar No. 263001
   sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel. (949) 725-4000 | Fax (949) 725-4100

Attorneys for Plaintiff Preservation Technologies LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MINDGEEK USA INC. et al.<br><br>*Defendants*. | Civil Action No. 2:17-cv-08906-DOC-JPR (Consolidated for Pre-trial Purposes)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint filed:  December 11, 2017<br>First Amended Complaint filed:  August 27, 2018<br>Current Response Deadline:  September 10, 2018<br>New Response Deadline:  September 24, 2018 |

Plaintiff, Preservation Technologies LLC and Defendants MindGeek USA, Inc., MindGeek S.A.R.L., MG Content RK Ltd., and MG Content DP Ltd. (collectively "Defendants"), hereby stipulate as follows:

1. Plaintiff, Preservation Technologies LLC ("Preservation") filed its First Amended Complaints against Defendants MindGeek USA, Inc. and MindGeek S.A.R.L., and against MG Content RK Ltd., MG Content DP Ltd., MG Freesites Ltd., and MG Freesites II Ltd. on August 27, 2018.

2. Defendants' Answer or other response to Plaintiff's First Amended Complaint is currently due on September 10, 2018.

3. Given the length of Plaintiff's First Amended Complaints, Defendants are still in the process of evaluating those pleadings. In addition, the Parties are currently conferring regarding three motions contemplated by Defendants. The Parties believe that one or more of these motions may be narrowed or even resolved without the need to file if given further time to confer.

4. Therefore, to avoid unnecessary motion practice and to provide Defendants additional time to review the First Amended Complaints, the Parties have agreed and hereby stipulate, subject to approval by the Court, that Defendants MindGeek USA, Inc., MindGeek S.A.R.L., MG Content RK Ltd., and MG Content DP Ltd., be granted an extension until September 24, 2018 to answer or otherwise respond to Plaintiff's First Amended Complaint.

5. This patent case involves eleven (11) patents. Defendants intend to jointly file a Rule 12(b)(6) motion to dismiss the Complaint for failure to state a claim due to patent ineligibility of the asserted patents under 35 U.S.C. §101. The Parties have conferred by telephone on multiple occasions regarding potential procedures for handling the anticipated motion to dismiss and regarding page limits and deadlines relating to same.

6. Given the number of asserted patents and patent claims in this case, and to provide for an orderly motion to dismiss briefing schedule, the Parties have also agreed

and hereby stipulate to the following motion to dismiss briefing schedule:

**Motion to Dismiss Briefing Schedule**

| Opening Brief | September 24, 2018 |
|---|---|
| Opposition Brief | 45 days after the filing of Defendant's opening brief |
| Reply Brief | 30 days after the filing of Plaintiff's opposition brief |

7. Based on the number of asserted patents and patent claims in this case, the Parties have also agreed to and hereby stipulate, subject to approval by the Court, to extend the page limits for the opening brief to forty-five (45) pages, the opposition brief to fifty (50) pages and the reply brief to thirty (30) pages.

8. The Parties respectfully request that the Court grant this stipulation, motion to dismiss briefing schedule, and page limit extensions agreed to by the Parties.

DATE: September 6, 2018      VENABLE LLP

By:  /s/ *Sarah S. Brooks*
Sarah S. Brooks
Frank M. Gasparo
Todd M. Nosher

Defendants MindGeek USA Inc., MindGeek S.A.R.L., MG Content RK Ltd. and MG Content DP Ltd.

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DATE: September 6, 2018 | STRADLING YOCCA CARLSON & RAUTH, P.C.<br><br>By: */s/ Douglas Q. Hahn*<br>    Douglas Q. Hahn<br>    Salil Bali<br><br>Attorneys for Plaintiff<br>Preservation Technologies, LLC |

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories to this filing have concurred in the filing's content and have authorized this filing.

DATE: September 6, 2018

VENABLE LLP

By: /s/ *Sarah S. Brooks*
Sarah S. Brooks
Frank M. Gasparo
Todd M. Nosher

Defendants MindGeek USA Inc., MindGeek S.A.R.L., MG Content RK Ltd. and MG Content DP Ltd.