UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MINDGEEK USA, INC., et al.<br><br>*Defendants*. | Civil Action No. 2:17-cv-08906-DOC-JPR (Consolidate for Pre-trial Purposes)<br><br>**ORDER GRANTING JOINT STIPULATION FOR TEMPORARY PROTECTIVE ORDER**<br><br>Complaint filed: December 11, 2017<br>First Amended Complaint filed:<br>　　　　August 27, 2018 |

1       The Court, finding good cause for the entry of this Order, hereby orders that, unless permitted in writing by the designator, a receiving party may disclose material designated CONFIDENTIAL - ATTORNEY EYES ONLY to:

    1)     the receiving party's outside counsel of record in this action and employees of outside counsel of record to whom it is reasonably necessary to disclose the information; and

    2)     the Court and its personnel, filed under seal.

      Unless otherwise provided by a subsequent Protective Order in this case, within 60 days after the final disposition of this action, Defendant shall return to plaintiff all copies of documents from Plaintiff designated CONFIDENTIAL - ATTORNEYS EYES ONLY.

      IT IS SO ORDERED.

DATE: September 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE