| | |
|---|---|
| VENABLE LLP<br>Sarah S. Brooks (SBN 266292)<br>ssbrooks@venable.com<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br><br>VENABLE LLP<br>Frank M. Gasparo (Admitted *Pro Hac Vice*)<br>Ralph A. Dengler (Admitted *Pro Hac Vice*)<br>Todd M. Nosher (Admitted *Pro Hac Vice*)<br>fmgasparo@venable.com<br>radengler@venable.com<br>tmnosher@venable.com<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br><br>Defendants MindGeek USA Inc., MindGeek S.A.R.L., MG Content RK Ltd. and MG Content DP Ltd. | STRADLING YOCCA CARLSON & RAUTH, P.C.<br>Douglas Q. Hahn (SBN 257559<br>  dhahn@sycr.com<br>Salil Bali, (SBN 263001)<br>  sbali@sycr.com<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Tel. (949) 725-4000 \| Fax (949) 725-4100<br><br>HARDY PARRISH YANG, LLP<br>Victor G. Hardy (admitted *pro hac vice*)<br>  vhardy@hpylegal.com<br>William M. Parrish (admitted *pro hac vice*)<br>  bparrish@hpylegal.com<br>R. Floyd Walker (admitted *pro hac vice*)<br>  fwalker@hpylegal.com<br>Spicewood Business Center<br>4412 Spicewood Springs Rd., Suite 202<br>Austin, Texas 78759<br>Phone: (512)520-9407<br><br>Attorneys for Plaintiff Preservation Technologies LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MINDGEEK USA INC. ET AL.<br><br>*Defendants*. | Case No. 2:17-cv-08906-DOC-JPR<br><br>Honorable David O. Carter<br>Courtroom 9D<br><br>**JOINT STIPULATION TO ALLOW PARTIES TO FILE AN AMENDED JOINT RULE 26(F) REPORT**<br><br>Proposed Date for filing Amended Rule 26(f)Report: January 7, 2019 |

1    Plaintiff, Preservation Technologies LLC and Defendants Mindgeek USA, Inc., Mindgeek S.A.R.L., MG Content RK Ltd., MG Content DP Ltd., MG Premium Ltd.; and MG Cyprus Ltd. (collectively "Parties"), hereby stipulate as follows:

1. Pursuant to the Court's Scheduling Order [DI 43], the Parties were to file their Rule 26(f) Report with the Court no later than fourteen (14) days prior to the Scheduling Conference set by the Court.  The initial Scheduling Conference was scheduled for and held in part on November 5, 2018. The parties filed a Rule 26(f) Report [DI 72] on October 29, 2018. At the November 5, 2018 Scheduling Conference, a number of issues arose and the Court instructed the parties to meet and confer on certain issues and to return to the Court for a follow up Scheduling Conference on January 9, 2019. During the intervening period, the parties have met and conferred on a number of issues and have met with Special Master O'Brien. The parties are continuing to negotiate and anticipate filing an Amended Rule 26(f) report in advance of the January 9, 2019 Scheduling Conference.

2. The parties need additional time to negotiate outstanding issues and to provide complete responses in an amended Rule 26(f) report.

3. Therefore, the Parties have agreed and hereby stipulate, subject to approval by the Court, that the parties hereby be granted until January 7, 2019 to file their Rule 26(f) Report.

The Parties respectfully request that the Court grant this stipulation and allow Plaintiff, Preservation Technologies LLC  and Defendants Mindgeek USA, Inc., Mindgeek S.A.R.L., MG Content RK Ltd., MG Content DP Ltd., MG Premium Ltd.; and MG Cyprus Ltd. to file their Revised Rule 26(f) Report on January 7, 2019.

| | | |
|---|---|---|
| DATE: December 28, 2018 | | VENABLE, LLP |
| | | By:   /s/ Ralph A. Dengler |
| | | Sarah S. Brooks |
| | | Frank M. Gasparo (Admitted *Pro Hac Vice*) |
| | | Ralph A. Dengler (Admitted *Pro Hac* Vice) |
| | | Todd M. Nosher (Admitted *Pro Hac Vice*) |
| | | *Attorneys for Defendants MindGeek USA Inc. et al.* |
| DATE: December 28, 2018 | | HARDY PARRISH YANG LLP |
| | | By:/s/ R. Floyd Walker |
| | | Victor G. Hardy (admitted *pro hac vice*) |
| | | William M. Parrish (admitted *pro hac vice*) |
| | | R. Floyd Walker (admitted *pro hac vice*) |
| | | STRADLING YOCCA CARLSON & RAUGHT, P.C. |
| | | Douglas Q. Hahn |
| | | Salil Bali |
| | | *Attorneys for Plaintiff Preservation Technologies, LLC* |

**SIGNATURE CERTIFICATION**

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION TO ALLOW PARTIES TO FILE AN AMENDED JOINT RULE 26(F) REPORT**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.