Douglas Q. Hahn, California Bar No. 257559
    dhahn@sycr.com
Salil Bali State Bar No. 263001
    sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Victor G. Hardy (admitted *pro hac vice*)
    vhardy@hpylegal.com
William M. Parrish (admitted *pro hac vice*)
    bparrish@hpylegal.com
R. Floyd Walker (admitted *pro hac vice*)
    fwalker@hpylegal.com
HARDY PARRISH YANG, LLP
Spicewood Business Center
4412 Spicewood Springs Rd., Suite 202
Austin, Texas 78759
Phone: (512)520-9407

*Attorneys for Plaintiff Preservation Technologies LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK USA, INC., ET AL.,<br><br>  Defendants. | Civil Action No.<br>2:17-cv-08906-DOC-JPR<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING AND EXHIBITS**<br><br>Hearing: December 17, 2018<br>@8:30 a.m.<br>Honorable Judge David O. Carter<br>Courtroom: 9D<br>Jury Trial Demanded |

APPLICATION TO SEAL PLAINTIFF'S OPPOSITION & EXHIBITS

**APPLICATION TO SEAL**

Pursuant to Local Rule 79-5.2.2, Preservation Technologies LLC ("Preservation") hereby does move the Court for an order permitting Plaintiff to file under seal Plaintiff's Opposition to Defendants' Motion to Dismiss and Exhibits Thereto, including the Declaration of R. Floyd Walker. This material has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by either Plaintiff or a third party.

Pursuant to Local Rule 79-5.2.2(b), Plaintiff has contacted the third party who designated the material as confidential and understands that this third party maintains its desire to maintain the confidential status of the material. Defendants do not oppose the present Application to Seal.

The information sought to be sealed is highly confidential and is only tangentially related to the merits of Defendants' Motion. Plaintiff contends that the public interest in understanding the judicial process can be met without the need to disclose the information sought to be sealed by this Application. The basis for sealing these documents is discussed in greater detail in the Sealed Declaration of R. Floyd Walker to be filed concurrently with this Application.

Attached hereto are redacted versions of:

    Plaintiff's Opposition to Defendants' Motion to Dismiss

    Declaration of R. Floyd Walker

    Appendix A in Support of Plaintiff's Opposition

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATE: May 13, 2019 | HARDY PARRISH YANG LLP |
| 5 | | By:/s/ R. Floyd Walker |
| 6 | |    Victor G. Hardy (admitted *pro hac vice*) |
| 7 | |    William M. Parrish (admitted *pro hac vice*) <br>    R. Floyd Walker (admitted *pro hac vice*) |
| 8 | | STRADLING YOCCA CARLSON & |
| 9 | | RAUGHT, P.C. |
| 10 | |    Douglas Q. Hahn <br>    Salil Bali |
| 11 | | |
| 12 | | *Attorneys for Plaintiff Preservation* |
| 13 | | *Technologies, LLC* |

2

**APPLICATION TO SEAL PLAINTIFF'S OPPOSITION & EXHIBITS**